IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


**BARBARA McCULLEY**                                                        **PLAINTIFF**

    VS.                     **CASE NO. 05-3020**

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**


<u>**ORDER**</u>


      Now on this date, December 30, 2005, plaintiff having failed to file a response to the show cause order filed 11/14/05, plaintiff's complaint against defendant is hereby dismissed for failure to timely serve.

      IT IS SO ORDERED.

                                    AT THE DIRECTION OF THE COURT

                                    CHRISTOPHER R. JOHNSON
                                    U.S. DISTRICT CLERK


                          BY:  /s/ June Newland
                                Deputy Clerk